UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MANUEL ESCOBEDO,

    Plaintiff,

v.                             CASE NO. 8:22-cv-1004-SDM-CPT

ELITE GUNITE, LLC, and
CAREL J. BAKKES,

    Defendants.
_____/

## ORDER

In this FLSA action, the parties jointly move (Doc. 10) for approval of a settlement and dismissal of the action. In accord with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties attach (Doc. 10-1) the settlement, which is fair and reasonable and contains no agreement antithetical to the FLSA. Also, the parties reportedly negotiated the attorney's fee "separately and without regard to the amount paid to the plaintiff." (Doc. 10 at 3) Accordingly, the motion (Doc. 10) is **GRANTED**, the settlement (Doc. 10-1) is **APPROVED**, and the action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on September 21, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE